Justin C. Frankel (JF-5983)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue - Suite 312
Garden City, New York 11530
(516) 222-1600
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

SHERRY A. MATHERNE,

        Plaintiff,

  - against -

LIFE INSURANCE COMPANY
OF NORTH AMERICA,

        Defendant.

ECF 16-729

JOINT STIPULATION
DISMISSAL PURSUANT
TO FRCP 41

---

Plaintiff Sherry A. Matherne and Defendant, Life Insurance Company of North America, hereby stipulate and agree to dismiss the captioned action with prejudice and without costs to either side pursuant to Federal Rule of Civil Procedure 41.

_____
Caitlin Strauss, Esq.
Saul Ewing LLP
Attorneys for Defendant
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Tel. (215) 972-7153
Email cstrauss@saul.com

_____
Justin Frankel, Esq.
Frankel & Newfield PC
Attorneys for Plaintiff
Sherry A. Matherne
585 Stewart Avenue – Suite 312
Garden City, NY 11530
Tel. 516.222.1600
Email. jcf@frankelnewfield.com